No. 87–476. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. OCEAN CITY POLICE DEPARTMENT. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further

consideration in light of *EEOC* v. *Commercial Office Products Co., ante*, p. 107. 